SHERMAN DAVIS v. STATE OF NEBRASKA.

[FILED MAY 18, 1892.]

**Stare Decisis.** Errors assigned overruled, and former judgment adhered to.

REHEARING of case reported 31 Neb., 240.

*E. W. Thomas,* and *C. Gillespie,* for plaintiff in error, cited: *Monell v. Terwilliger,* 8 Neb., 360; *Post v. Garrow,* 18 Id., 682.

*George H. Hastings, Attorney General, contra,* cited: *Vollmer v. State,* 24 Neb., 838; Wharton, Homicide, 194 and note; *Caw v. People,* 3 Neb., 369; *Stewart v. State,* 1 O. St., 66; *Parrish v. State,* 14 Neb., 60; *Bradshaw v. State,* 17 Id., 147.

MAXWELL, CH. J.

An opinion was filed in this case in January, 1891, and is reported in 31 Neb., 240. A rehearing was granted upon certain instructions and the cause again submitted. We see no reason for disturbing the verdict and judgment. It is unnecessary to review the facts or the law as stated by the court below. It is evident that the penalty is none too severe for the offense committed. The judgment is

ADHERED TO.

The other judges concur.